IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRI LYNN JONES                                                                                    PLAINTIFF

vs.                               Civil No. 4:08-cv-04091

MICHAEL J. ASTRUE                                                     DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 4th day of January, 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                  /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  U. S. MAGISTRATE JUDGE